_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
December 23, 2019

_____

| LARSON ZIRZOW KAPLAN & COTTNER | MCDONALD HOPKINS LLC |
|---|---|
| ZACHARIAH LARSON, ESQ. | SCOTT N. OPINCAR (Ohio Bar # 0064027) |
| Nevada Bar No. 7787 | *Pro Hac Vice Pending* |
| E-mail: zlarson@lzkclaw.com | E-mail: sopincar@mcdonaldhopkins.com |
| MATTHEW C. ZIRZOW, ESQ. | MICHAEL J. KACZKA (Ohio Bar # 0076548) |
| Nevada Bar No. 7222 | *Pro Hac Vice Pending* |
| E-mail: mzirzow@lzkclaw.com | Email: mkaczka@mcdonaldhopkins.com |
| 850 E. Bonneville Ave. | MARIA G. CARR (Ohio Bar# 0092412) |
| Las Vegas, Nevada 89101 | *Pro Hac Vice Pending* |
| Tel: (702) 382-1170 | Email: mcarr@mcdonaldhopkins.com |
| Fax: (702) 382-1169 | 600 Superior Avenue, East, Suite 2100 |
| | Cleveland, Ohio 44114-2653 |
| Proposed Attorneys for Debtors | Tel: (216) 348-5400 |
| | Fax: (216) 348-5474 |
| | |
| | Proposed Attorneys for Debtors |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 19-17921-mkn |
|---|---|
| GENERATION NEXT FRANCHISE BRANDS, INC., | Chapter 11 (Lead Case) |
| ☒ Affects this Debtor. | (Jointly Administered) |
| In re: | Case No. 19-17922-mkn |
| REIS & IRVY'S INC., | Chapter 11 |
| ☒ Affects this Debtor. | |
| In re: | Case No. 19-17923-mkn |
| PRINT MATES, INC., | Chapter 11 |
| ☒ Affects this Debtor. | |
| In re: | Case No. 19-17924-mkn |
| 19 DEGREES, INC., | Chapter 11 |
| ☒ Affects this Debtor. | |
| | Date: December 20, 2019 |
| | Time: 11:00 a.m. |

**ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS'**
**CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

Generation Next Franchise Brand, Inc., a Nevada corporation, Reis & Irvy's, Inc., a Nevada corporation, Print Mates, Inc., a Nevada corporation, and 19 Degrees, Inc., a Nevada corporation (collectively, the "Debtors"), as debtors and debtors in possession, having filed their *Motion for Order Directing Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(b)* (the "Motion") [ECF No. 16][1]; the Court having reviewed and considered the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are "affiliates" within the meaning of 11 U.S.C. § 101(2); (c) the joint administration of the Debtors' cases is appropriate pursuant to Fed. R. Bankr. P. 1015(b); and (d) service and notice of the Motion was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, retroactive to the Petition Date.

2. The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. For the avoidance of doubt, the Debtors and their estates are not being substantively consolidated, each of the Debtors shall file their own monthly operating report, and separate claims registers shall be maintained for each of the Debtors.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases, and this Order shall be without prejudice to the rights of any party in interest to seek entry of an order substantively consolidating the respective cases and their estates.

---

[1] Capitalized terms not defined herein are given the meaning assigned to them in the Motion.

4. The caption of the Debtors' chapter 11 cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>GENERATION NEXT FRANCHISE BRANDS, INC.,<br>☐ Affects this Debtor. | Case No. 19-17921-mkn<br>Chapter 11 (Lead Case)<br>(Jointly Administered) |
| In re:<br>REIS & IRVY'S INC.,<br>☐ Affects this Debtor. | Case No. 19-17922-mkn<br>Chapter 11 |
| In re:<br>PRINT MATES, INC.,<br>☐ Affects this Debtor. | Case No. 19-17923-mkn<br>Chapter 11 |
| In re:<br>19 DEGREES, INC.,<br>☐ Affects this Debtor. | Case No. 19-17924-mkn<br>Chapter 11 |

5. A docket entry shall be made in each of Debtors' cases substantially as follows: "An order has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in case no. 19-17921-mkn should be consulted for all matters affecting this case from December 15, 2019 onward. The following chapter 11 cases are jointly administered pursuant to this joint administration order: In re Reis & Irvy's, Inc. (Case No. 19-17922-mkn), In re Print Mates, Inc. (Case No. 19-17923-mkn), and In re 19 Degrees, Inc. (Case No. 19-17924-mkn)"

6. The dates set forth in the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines* filed in Case No. 19-17921-mkn shall apply to all Debtors in these cases. The 341(a) first meeting of creditors for all Debtors in these cases shall be January 23, 2020 at 9:00 a.m. The general unsecured claims bar date for all Debtors in these cases shall be April 22, 2020, and the governmental claims bar dates for all Debtors in these cases shall be June 12, 2020.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

| PREPARED AND SUBMITTED BY: | APPROVED / ~~DISAPPROVED~~: |
|---|---|
| By: /s/ Matthew C. Zirzow<br>LARSON ZIRZOW KAPLAN & COTTNER<br>ZACHARIAH LARSON, ESQ.<br>MATTHEW C. ZIRZOW, ESQ.<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br><br>-and-<br><br>MCDONALD HOPKINS LLC<br>SCOTT N. OPINCAR (Ohio Bar # 0064027)<br>*Pro Hac Vice Pending*<br>MICHAEL J. KACZKA (Ohio Bar # 0076548)<br>*Pro Hac Vice Pending*<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, Ohio 44114-2653<br><br>Proposed Attorneys for Debtors | By: /s/ Candace C. Carlyon<br>CARLYON CICA CHTD.<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>Email: ccarlyon@carlyoncica.com<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>Email: dcica@carlyoncica.com<br>265 E. Warm Springs Rd., Suite 107<br>Las Vegas, Nevada 89119<br>Tel: (702) 685-4444<br>Fax: (725) 220 4360<br><br>Attorneys for Genext Loan, LLC |

APPROVED / ~~DISAPPROVED~~:

By: /s/ Edward M. McDonald, Jr.
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

4