| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: GENERATION NEXT FRANCHISE BRANDS, INC. | Case Number: 19-17921- MKN | |

| 1. Name of holder of the Equity Security Interest (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"): CHRISTOPHER E. HUCK | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. | RECEIVED   NPC 2020 FEB 3 PM 1 26 U.S. ... MARY ... CLERK |
|---|---|---|
| | ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. | |
| Name and address where notices should be sent: DARREN M. DIGIACINTO 601 W. RIVERSIDE, SUITE 1900 SPOKANE, WA 99201 Telephone Number   509-838-6131 | ☒ Check box if this address differs from the address on the envelope sent to you by the Debtors. | |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which Interest Holder identifies Debtor: CERTIFICATE #366 | Check here if this claim: ☐ replaces a previously filed Proof of Interest   dated: ☐ amends a previously filed Proof of Interest   dated: |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Security Interest asserted in this Proof of Interest: Telephone Number | 3. Date Equity Security Interest was acquired: JULY 21, 2017 |
| 4. Total amount of member interest: 50,000 SHARES | 5. Certificate number(s): 366 |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
   FULLY PAID AND NON ASSESSABLE SHARES OF COMMON STOCK OF GENERATION NEXT FRANCHISE BRANDS, INC.

7. Supporting Documents: *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
   SEE ATTACHED

8. Signature: *[signature]*

THIS SPACE FOR COURT USE ONLY

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

| DATE 1/30/2020 | SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): Darren M. Digiacinto, attorney for C. Huck. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

SEE LEGEND ON REVERSE

## Generation Next Franchise Brands Inc

Incorporated Under The Laws Of The State Of Nevada

NUMBER

366

Par Value $0.001

SHARES

**************50,000**************

COMMON STOCK

CUSIP   37148W104

THIS CERTIFIES THAT     **CHRISTOPHER E. HUCK**

Is The Owner of     * FIFTY THOUSAND AND 00/100 *

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

**Generation Next Franchise Brands Inc**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by the Transfer Agent and registered by the Registrar.

WITNESS this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:     JULY 21, 2017

COUNTERSIGNED AND REGISTERED:

VSTOCK TRANSFER, LL
   Transfer Agent and Registrar

By: _____
   AUTHORIZED SIGNATURE

C L Jackson
Secretary

President

**VStock Transfer, LLC**
**18 Lafayette Place**
**Woodmere, NY 11598**
**(212) 828-8436**
**(646) 536-3179 fax**
**Letter of Transmittal**

08/15/2017

CHRISTOPHER E. HUCK
10714 E 44TH
SPOKANE VALLEY WA 99206

Dear Stockholder:

Enclosed please find the following certificates:

| Certificate # | Denomination | Issue | Date of Certificate |
|---|---|---|---|
| 366 | 50,000 | GENERATION NEXT FRANCHISE BRANDS IN | 07/21/2017 |

If you have any questions or concerns, please do not hesitate to contact us at (212) 828-8436 or via email at info@vstocktransfer.com.

Best Regards,

VStock Transfer, LLC