ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*Attorney for Brian D. Shapiro, Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GENERATION NEXT FRANCHISE BRANDS, INC.,<br><br>Debtor. | Case No. 19-17921-mkn<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

☒ Affects All Debtors
☐ Affects GENERATION NEXT FRANCHISE BRANDS, INC.
☐ Affects REIS & IRVY'S INC.
☐ Affects PRINT MATES, INC.
☐ Affects 19 DEGREES, INC.

*Jointly Administered*:

19-17921-mkn  GENERATION NEXT FRANCHISE BRANDS, INC. (Lead)
19-17922-mkn  REIS & IRVY'S INC.
19-17923-mkn  PRINT MATES, INC.
19-17924-mkn  19 DEGREES, INC.

The undersigned hereby certifies that I caused to be served the following document(s):

- MOTION FOR AN ORDER: (I) APPROVING SALE OF CERTAIN ESTATE ASSETS FREE AND CLEAR OF LIENS; AND (II) APPROVING STIPULATIONS REGARDING LIEN RELEASES (DE #255)
- NOTICE OF HEARING AND NOTICE OF ENTRY OF ORDER SHORTENING TIME (DE #268)

at the time and by the following means to the persons and entities as listed below:

- **ECF** – On March 7, 2020 (DE #255) and March 9, 2020 (DE #268) to:

RYAN A. ANDERSEN on behalf of Creditor IPFS CORPORATION (lc)
ryan@vegaslawfirm.legal, tatiana@vegaslawfirm.legal;ecf-df8b00a4597e@ecf.pacerpro.com;notices@nextchapterbk.com

-1-

RYAN A. ANDERSEN on behalf of Creditor MORENA III, LLC
ryan@vegaslawfirm.legal, tatiana@vegaslawfirm.legal;ecf-df8b00a4597e@ecf.pacerpro.com;notices@nextchapterbk.com

RYAN A. ANDERSEN on behalf of Creditor SR18 MORENA BUSINESS CENTER, LLC
ryan@vegaslawfirm.legal, tatiana@vegaslawfirm.legal;ecf-df8b00a4597e@ecf.pacerpro.com;notices@nextchapterbk.com

ROBERT E. ATKINSON on behalf of Trustee BRIAN D. SHAPIRO
robert@nv-lawfirm.com, bknotices@nv-lawfirm.com

CANDACE C CARLYON on behalf of Creditor GENEXT LOAN, LLC
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;Dcica@carlyoncica.com

MARIA G. CARR
mcarr@mcdonaldhopkins.com

DAWN M. CICA on behalf of Creditor GENEXT LOAN, LLC
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com

JOSEPH M COLEMAN on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jcoleman@krcl.com

BARRY E HAGER on behalf of Creditor SR18 MORENA BUSINESS CENTER, LLC
bhager@tahlaw.com

IPFS CORPORATION (lc)
RYAN@VEGASLAWFIRM.LEGAL

MICHAEL J. KACZKA
mkaczka@mcdonaldhopkins.com

WILLIAM M. NOALL on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bknotices@gtg.legal, wnoall@gtg.legal

TRACY M. O'STEEN on behalf of Creditor GENEXT LOAN, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;
nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

SCOTT N OPINCAR on behalf of Debtor GENERATION NEXT FRANCHISE BRANDS, INC.
sopincar@mcdonaldhopkins.com

SCOTT N OPINCAR on behalf of Jnt Admin Debtor 19 DEGREES, INC.
sopincar@mcdonaldhopkins.com

SCOTT N OPINCAR on behalf of Jnt Admin Debtor PRINT MATES, INC.
sopincar@mcdonaldhopkins.com

SCOTT N OPINCAR on behalf of Jnt Admin Debtor REIS & IRVY'S, INC.
sopincar@mcdonaldhopkins.com

SCOTT N. OPINCAR
sopincar@mcdonaldhopkins.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com, cathy@trusteeshapiro.com;nv22@ecfcbis.com

U.S. TRUSTEE - LV - 7, 7
USTPRegion17.LV.ECF@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mweisenmiller@gtg.legal, bknotices@gtg.legal

RYAN J. WORKS on behalf of Creditor SOCIALLY RESPONSIBLE BRANDS, INC.
rworks@mcdonaldcarano.com,
kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney MARIA G. CARR
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Attorney MICHAEL J. KACZKA
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Attorney SCOTT N. OPINCAR
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Creditor GENEXT LOAN, LLC
mzirzow@lzkclaw.com,

carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Debtor 19 DEGREES, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Debtor GENERATION NEXT FRANCHISE BRANDS, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Debtor PRINT MATES, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Debtor REIS & IRVY'S, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor 19 DEGREES, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor PRINT MATES, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor REIS & IRVY'S, INC.
mzirzow@lzkclaw.com,
carey@lzkclaw.com;trish@lzkclaw.com;sara@lzkclaw.com;carita@lzkclaw.com

■ **U.S. MAIL** – On March 10, 2020 (both documents) to:

The current Master Mailing Service List that is maintained by the Trustee pursuant to court order [DE #195].  See **Exhibit 1** attached.

DATED:  March 10, 2020                    **ATKINSON LAW ASSOCIATES LTD.**

By:  _____/s/ Robert Atkinson_____
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Brian D. Shapiro, Trustee*

# EXHIBIT 1

GENERATION NEXT FRANCHISE
BRANDS, INC.
2620 FINANCIAL CT SUITE 100
SAN DIEGO, CA 92117

REIS & IRVY'S, INC.
2620 FINANCIAL COURT
SUITE 100
SAN DIEGO, CA 92117

19 DEGREES, INC.
2620 FINANCIAL COURT
SUITE 100
SAN DIEGO, CA 92117

PRINT MATES, INC.
2620 FINANCIAL COURT
SUITE 100
SAN DIEGO, CA 92117

MATTHEW C. ZIRZOW, ESQ.
LARSON ZIRZOW KAPLAN &
COTTNER LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY
DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE #1300
LAS VEGAS, NV 89101-1046

CALIFORNIA DEPT. OF TAX
AND FEE ADMINISTRATION
ATTN: MANAGING AGENT
P.O. BOX 942879
SACRAMENTO, CA 94279-7072

IDAHO STATE TAX COMMISSION
ATTN:  BANKRUPTCY
DEPARTMENT
11321 W. CHINDEN BLVD.
BOISE ID 83714-1021

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

SOUTH CAROLINA DEPARTMENT
OF REVENUE
PO BOX 12265
COLUMBIA, SC 29211

PITNEY BOWES INC
27 WATERVIEW DRIVE
SHELTON, CT 06614

GENERATION NEXT
3948 3RD ST SOUTH #25
JACKSONVILLE BEACH, FL 32250

AHMED ELSEDAWY
160 CHASTAIN MANOR DRIVE
NORCROSS, GA 30071

JAYMIN PATEL
954 BLOSSOM HILL ROAD
SAN JOSE, CA 95123

ADAM SIEGAL
1520 JEFFERSON DR
FLORENCE, SC 29501

JOSH DEMIDOVICH
5462 KETTERINGTON LANE
WESTERVILLE, OH 43082

KENNETH GREEN
5010 AUGUSTA DRIVE
WESTERVILLE, OH 43082

NICHOLAS ARBUTINA
c/o KERRY ARBUTINA
143 GATHERING CT
SUDLERSVILLE, MD 21668

BRIAN CALLAHAN
c/o SHANA CALLAHAN JE TEN
2454 N 96TH ST
WAUWATOSA, WI 53226

MICHAEL P. ELSAYED
311 S 22ND ST
LEWISBURG, PA 17837

PAUL VOLEN
JAX VENDING, LLC
215 PABLO ROAD
PONTE VEDRA BEACH, FL 32082

PERRY CLARK
528 KNOB VIEW DRIVE
WINSTON SALEM, NC 27104

EDNA GARZA
2705 KENTON HILLS COURT
HOUSTON, TX 77089

NORMA FREGOSO
c/o CHARLES SCHWAB & CO INC
4250 N VIA RAPOSA
TUCSON, AZ 85718

E.P.M.P., LTD.
P.O. BOX 447
2251 RUDELOFF RD
SEGUIN, TX 78156-0447

SIGHTLINE DIGITAL, INC.
818 WILLIAMS ST
WEST COLUMBIA, SC 29169

BRIAN LUBURGH
4305 ARTESIAN CV
DENVER, NC 28037-6487

SERGEV V. OKSHIN
20 ASHLEY LANE
STATEN ISLAND, NY 10309-4292

ZACK HURST
640 ALLAGASH COURT
OAKLEY, CA 94561

5W PUBLIC RELATIONS LLC
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

MELISSA OSUCH
c/o 2 SISTERS FROYO, INC
5465 PORT CLINTON RD.
LAKE ZURICH, IL 60047

WENDY EIDE
C/O 2 SISTERS FROYO, INC
5465 PORT CLINTON RD
LAKE ZURICH, IL 60047

MYDACO LLC
633 WEST 5TH STREET SUITE 5710
LOS ANGELES, CA 90071

JOSH BACON
4143 E ZION PLACE
CHANDLER, AZ 85249

BRANDON CHEAL
2481 C H ARNOLD RD.
ST AUGUSTINE, FL 32092-0205

DAVID STEPHEN SMITH
LYNN H SMITH
33 PINE GROVE AVE
SUMMIT, NJ 07901-2431

JOHN PATTERSON
c/o MADTOWNFROYO LLC
8576 DAVIS ST.
VERONA, WI 53593

TELAR UNIVERSAL TRADE LLC
3029 BOATING BLVD
KISSIMMEE, FL 34746

ARASH PASHA
3029 BOATING BLVD
KISSIMMEE, FL 34746

PAUL GORMAN
3432 ESTATE DR
SCHERTZ, TX 78154

INJOY PROPERTIES LLC AND
DAVID BEATY
24 TORO LANE
SANTA FE, NM 87508

ASHISH GANDHI FBO
MAHATMA GANDHI ED SAVINGS ACCT
CHARLES SCHWAB & CO INC CUST
PO BOX 36389
CINCINNATI, OH 45236

NOLAN CARROLL
7163 AUGUSTA DRIVE
FLEMING ISLAND, FL 32003

MOSSMANXI HOLDINGS, LLC
C/O NOLAN CARROLL
7163 AUGUSTA DRIVE
FLEMING ISLAND FL 32003

GRAYROBINSON
ATTN: BANKRUPTCY
DEPT/MANAGING AGENT
301 SOUTH BRONOUGH ST.
STE. 600
TALLAHASSEE, FL 32301

JAKE AND JENNIFER MCKINNEY
11033 PERWINKLE LN
LOUISVILLE, KY 40291

JEP VEND INC
2214 RIVERWOOD DR
AUBURN, AL 36830

JIM PACK
c/o JEP VEND INC
2214 RIVERWOOD DR
AUBURN, AL 36830

BENJAMIN GOSSMAN
18516 BAY PINES LANE
DALLAS, TX 75287

MIDWEST REGIONAL BANK
619 WATERLOO DR
WATERLOO, IL 62298

AHMED ELSEDAWY
c/o FROYOBOT, LLC
160 CHASTAIN MANOR DRIVE
NORCROSS, GA 30071

CHRISTINA MATTIX ROTH IRA
2307 DANESWOOD CT.
SPRING, TX 77388

NITINKUMAR DHRUV CHIRAG &
KARISHMA C DHRUV
2656 HESSELBEIN WAY
SAN JOSE, CA 95148

ERNEST SANTOS
C/O RE SANTOS INVESTMENTS LLC
1712 MARGARITA LANE
LAREDO, TX 78046

ROCIO SANTOS
c/o RE SANTOS INVESTMENTS LLC
1712 MARGARITA LANE
LAREDO, TX 78046

NIMA KIOUMARSI
1111 ANTHEM VIEW LN
KNOXVILLE, TN 37922

MARISSA ALBANO-SALLI
4709 CARTERWOOD DR.
FAIRFAX, VA 22032

COOPER AND FREEZEMAN, LLC
c/o HAL D. FRIEDMAN
1448 GARDINER LANE,
STE. 301
LOUISVILLE, KY 40213

PITNEY BOWES INC
27 WATERVIEW DRIVE
SHELTON, CT 06614

JOSH BACON
4143 E ZION PLACE
CHANDLER, AZ 85249

CAB ASSIGNEE OF LINKEDIN
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423

AUSTINLA YOGURT ROBOTS
MICHAEL TYLL
2209 GARDENIA DR
AUSTIN, TX 78727

INNOVATE PLUS, INC.
BRIAN A. VULPITTA
457 CRESTWOOD DRIVE
AVON LAKE, OH 44012

UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD
SOUTH, STE. 4300
LAS VEGAS, NV 89101

MICHAEL RUSH
122 CHESTNUT RIDGE DR.
JONESBOROUGH, TN 37659

CHARLES LAUGHLIN
c/o CJ YO LLC
231 SW MANZANITA ST.
MCMINNVILLE, OR 97128

BENJAMIN YOUNG ROTH IRA
c/o TD AMERITRADE CLEARING
301 PARK ST
CISNE, IL 62823

MARISSA ALBANO-SALLI
4709 CARTERWOOD DR.
FAIRFAX, VA 22032

LISA M LESCHINSKY
15 WEATHERBY CT
PETALUMA, CA 94954-4659

ALEC PLAISTED
15781 ANDRIE ST NW
ANOKA, MN 55303

MANUEL SILVA
1267 SW 117TH WAY
DAVIE, FL 33325

PATRICK CONNOLLY
c/o PREFERRED CHOICE
AUTOMATION, LLC
1287 MARS EVANS CITY RD
EVANS CITY, PN 16033

CARLYON CICA CHTD.
CANDACE C. CARLYON, ESQ.
265 E. WARM SPRINGS ROAD
SUITE 107
LAS VEGAS, NV 89119

MCINTYRE THANASIDES BRINGGOLD
ELLIOTT GRIMALDI GUITO &
MATTHEWS P.A.
DAVID M. SASLOW, ESQ.
1991 MAIN STREET, SUITE 208
SARASOTA, FL 34236

RYAN J. WORKS, ESQ.
AMANDA M. PERACH, ESQ.
MCDONALD CARANO LLP
2300 WEST SAHARA AVE SUITE 1200
LAS VEGAS, NEVADA 89102

BRETT HALL
1466 TURQUOISE DRIVE
CARLSBAD, CA 92011

CK GREEN PARTNERS, LLC
ATTN: KENNETH GREEN
5898 CHANDLER COURT, SUITE B
WESTERVILLE, OH 43082

GENEXT LOAN, LLC
ATTN: DAVID L. CHESSLER
1991 MAIN STREET, STE. 208
SARASOTA, FL 34236

KENNETH D. CASCARELLA
3157 SEWARD DR.
EADS, TN 38028

CARLYON & CICA, PLLC
ATTN: DAWN CICA, ESQ.
265 EAST WARM SPRINGS RD.
LAS VEGAS, NV 89119

GENEXT LOAN, LLC
c/o MCINTYRE THANASIDES PA
ATTN: DAVID M. SASLOW, ESQ.
500 E. KENNEDY BLVD., STE. 200
TAMPA, FL 33602

MINOR DOUGLAS, PLLC
ATTN: THOMAS D. MINOR, ESQ.
124 MARKET ST.
SOMERVILLE, TN 38068

MARLIN BUSINESS BANK
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054

OLSON FROZEN TREATS, LLC
9180 S SADDLE HORN DR
IDAHO FALLS, ID 83404

VERIZON
c/o WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN, VA 20147

SPECTRUM
2935 REDONDO AVE
LONG BEACH, CA 90806

BEATRIZ NAVARRO GOUDIE
5520 SW 82 AVENUE
MIAMI, FLORIDA 33155

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
ATTN: JOSEPH R. DUNN
3580 CARMEL MOUNTAIN RD SUITE 300
SAN DIEGO, CA 92130

SDD SOUTHEAST, INC
4700 HOMEWOOD COURT, STE. 220
RALEIGH, NC 27609

KNOVOS, LLC
ATTN: MANAGING MEMBER
10521 ROSEHAVEN ST, STE. 300
FAIRFAX, VA 22030

GERARDO SEALEY
8823 MISSION TOP
SAN ANTONIO, TX 78223

ROBERT KONDAKOR
9440 JAMES STREET
HENRICO, VA 23231

BRIAN LEVIN
C/O JOEL LEVIN
8 EVAN WAY
PIKESVILLE, MD 21208

CSCI, INC
1650 HOTEL CIRCLE NORTH,
STE. 220
SAN DIEGO, CA 92108

ELIZABETH W HOWELL
6530 FOLGER DR
CHARLOTTE, NC 28270

JOHN PELLEGRINO
87 PATCH HILL LANE
MILFORD, NH 03055

EDWIN AND CHERYL KUNY
1329 LAKE MIJA CT.
SEABROOOK, TX 77586

PAULA A HARDIMAN
9727 THORN BUSH DR.
FAIRFAX STATION, VA 22039

NATIONAL AUTOMATIC
MERCHANDISING ASSOCIATION
20 N WACKER DRIVE SUITE 3500
CHICAGO, IL 60606

FRANCONNECT, LLC
13865 SUNRISE VALLEY DR #150
HERNDON, VA 20171

TRACEY LEAVITT
16 LAWRENCE ROAD
ACCORD, NY 12404

JOYCE A. DAVIS
11744 GRAY EAGLE DRIVE
FISHER, IN 46037

ANTHONY R. PAVONI
1571 SEA PALMS CRESCENT
MT PLEASANT, SC 29464

WENONA R MOTEN
11036 OUTPOST DRIVE
GAITHERSBURG, MD 20878

LUCAS HORNBURG
5006 WHITEWOOD CT.
FORT COLLINS, CO 80528

ROBO YOGURT, LLC
7268 RAVINES CIR
WEST BLOOMFIELD, MI 48322

BRANDON ROBERT
C/O S & A ROBERT LLC
8115 GRAY KINGBIRD DR
WINTER GARDEN, FL 34787

GENERATION NEXT FRANCHISE
BRANDS,INC.
8625 103 COURT
VERO BEACH, FL 32967

STEPHEN R VANCE
6025 MEININGER DRIVE
MISSOULA, MONTANA 59808

LORRAINE A. GEHRING, AND
FRANK F. GEHRING, JR.
927 CIRCLE DR.
HARRISONBURG, VA 22801

CORINNE COSTELLO
1330 MARKET ST. #405
SAN DIEGO, CA 92101

ANGELA HARKONEN
9552 CAPRICORN WAY
SAN DIEGO, CA 92126

ALFRED L WELCH IRA
35 GREENGATE RD APT 9B
FALMOUTH, MA 02540

MICHELLE R. WALSH
1039 TIKI DRIVE
JUPITER FL 33458

NANCY R. SHIVE
20911 WATERSIDE DR
LAGO VISTA TX 78645

JOHN L SHELTON
3518 LACROSS DRIVE
BRYANT, AR 72022

SHAUN HAGOPIAN
12942 PEPPERGRASS CREEK,
GATE #53
SAN DIEGO, CA 92130

ROBOFUSION INC.
ATTN: JAMES WOLF
925 MOE DRIVE
AKRON, OH 44310

THOMAS DOBRON
P.O. BOX 9948
RANCHO SANTA FE, CA 92067

DANIEL YAW TWUMASI
2626 FRANKFORD RD, APT. 9104
DALLAS, TX 75287

LAWRENCE C SPINA
2722 RICHMOND AVE.
DES MOINES, IA 50317

SNOWY EGRET LLC,
SALLY WISECUP
1931 SNOWY EGRET DR
MOREHEAD CITY, NC 28557

MICHAEL ELBRADER
6448 STAR JASMINE COURT
LAS VEGAS, NV 89108

SACTO FRO YO
14921 TRINIDAD DRIVE
RANCHO MURIETA, CA 95683

NADIA CURDI
21480 SW 90TH. CT
CUTLER BAY, FL 33189

EDWARD O BREUNIG III
3079 E FRUITVALE CT
GILBERT, AZ 85297

RICHARD L. KNAPPE
7938 DEER ACRES
CLARKSTON, MI 48348

ANA CAROLINA RUBIO
6238 VALLEY RD.
BETHESDA, MD 20817

ANTOINE K FOMUFOD
5722 AVERY PARK DRIVE
ROCKVILLE, MD 20855-1738

TAMMY C SACHER
N16177 COUNTY ROAD K
GALESVILLE, WI 54630-8787

**HARTFIEL AUTOMATION, INC.**
**C/O JEFFREY B. MURPHY**
**6533 FLYING CLOUD DR., STE. 100**
**EDEN PRAIRIE, MN 55344**

**ANTHONY E SACHER**
**N16177 COUNTY ROAD K**
**GALESVILLE, WI 54630-8787**

GILBERT BERRY
7370 HARVEST STREET
FONTANA, CA 92336

AHMED ELSEDAWY
160 CHASTAIN MANOR DRIVE
NORCROSS, GA 30071

FROYOBOT, LLC
C/O AHMED ELSEDAWY
160 CHASTAIN MANOR DRIVE
NORCROSS, GA 30071

SOUTH CAROLINA DEPARTMENT
OF REVENUE
PO BOX 12265
COLUMBIA, SC 29211

GIMME YOGURT, LLC
2301 FLORENCE ROAD
SOUTHLAKE, TX 76092

PAULINE DUMAS
C/O 5280 FROYO LLC
1600 COMMERCE ST.
BOULDER, CO 80301

VADIM JERRY
1337 MADISON ST
GRETNA, LA 70053

SZOSTAK FROYO FRANCHISING, LLC
5710 ANGEL VIEW CT
GREENWOOD, IN 46143

PETER SZOSTAK
C/O SZOSTAK FROYO
FRANCHISING, LLC
5710 ANGEL VIEW CT
GREENWOOD, IN 46143

JENNIFER PESCI
FROYO VENDING LLC
954 E DEER ARCH LN
DRAPER, UT 84020

JEFF PIERSON
5513 WHITAKER CIRCLE
LONGVIEW, TX 75605

JEFFREY PITTEL
6300 TOWER CIRCLE
APT 249
FRANKLIN, TN 37067

TERRY WILLIAMS
8405 N 391ST AVE
TONOPAH, AZ 85354

CRAIG WEBB
c/o TOLLAND COUNTY YOGURT
COMPANY, LLC
22 RYAN DR
ELLINGTON, CT 06029

MATTHEW W. HOLMES
7121 N. DRIFTWOOD AVE.
FARMINGTON, NM 87402

ROBOTIC CONCEPTS
1105 HIGHPOINT WAY
ROANOKE, TX 76262

JAMES M MCCOY
5194 DUNGANNON ROAD
FAIRFAX, VA 22030

FROBOTIC CORPORATION
C/O JAMES M MCCOY
5194 DUNGANNON ROAD
FAIRFAX, VA 22030

JOE WERBA
3544 N JASPER MTN CIR
MESA, AZ 85207

HUGO GARZA
2705 KENTON HILLS COURT
HOUSTON, TX 77089

DOUGLAS & TINA KELLOCK
DTAZ, LLC
40907 N. PARKER CT
ANTHEM, AZ 85086

SACTO FRO YO, LLC
C/O LONNIE NIELSON
14921 TRINIDAD DRIVE
RANCHO MURIETA, CA 95683

DEAN RAGER
C/O RAADI VENDING
9655 WHARF RD APT.368
COPPELL, TX 75019

CRAIG SUTTER
33 VESTRY ST. APT 4
NEW YORK, NY 10013

ADAM T SIEGAL
1520 JEFFERSON DR
FLORENCE, SC 29501

REIS & IRVYS
5898 CHANDLER COURT
SUITE B
WESTERVILLE, OH 43082

JOSH DEMIDOVICH
CK GREEN PARTNERS
5898 CHANDLER COURT
SUITE B
WESTERVILLE, OH 43082

MATTHEW TODD HICKS &
MONIQUE B HICKS
110 ESWICK DRIVE
PRATTVILLE, AL 36067

KENDALL ROBINSON
C/O RO-YO, LLC
1502 LAUREN DEY WAY
MOUNT PLEASANT, SC 29464

FNR INVESTMENT GROUP LLC
6180 WATERSIDE ISLAND LN
WINTER GARDEN, FL 34787

BRIAN CALLAHAN
2454 N. 96TH STREET
WAUWATOSA, WI 53226

ENJOY THE SIMPLE THINGS, LLC
C/O BRIAN CALLAHAN
2454 N. 96TH STREET
WAUWATOSA, WI 53226

KAELA JAVAN ENTERPRISES, INC.
82 ALEXANDER CT
NANUET, NY 10954

KAELA JAVAN ENTERPRISES, INC.
DAVID OWITZ
82 ALEXANDER CT
NANUET, NY 10954

AANVI
c/o CLARKSON & ASSOCIATES, LLC
P.O. BOX 1946
340 FALCON RIDGE PKWY SUITE 700A
MESQUITE, NV 89024

JAYANTIBHAI PATEL
CLARKSON & ASSOCIATES, LLC
P.O. BOX 1946
340 FALCON RIDGE PKWY SUITE 700A
MESQUITE, NV 89024

COVERT YOGURT
2034 298TH CRES SE
FALL CITY, WA 98024

PASCAL MICHAEL EDSON
PEDERSEN
4016 AYLOR DRIVE
GULF BREEZE, FL 32563

18 ROBOTS, LLC
C/O PASCAL MICHAEL EDSON
PEDERSEN
4016 AYLOR DRIVE
GULF BREEZE, FL 32563

NORMA FREGOSO
4250 N VIA RAPOSA
TUCSON, AZ 85718

FROYO BOT VENDING, LLC
NORMA FREGOSO
4250 N VIA RAPOSA
TUCSON, AZ 85718

GENERATION NEXT
2151 LAS PALMAS DRIVE,
SUITE D
CARLSBAD, CA 92011

BLUE SKY PRODUCTS LLC
JEFFREY THOMAS
701 S YORK ST
DENVER, CO 80209

ROBOT VENDING, LLC
C/O MCCRANEY MONTAGNET QUIN
AND NOBLE, PLLC
602 STEED ROAD SUITE 200
RIDGELAND, MS 39157

PATRICK CONNOLLY
C/O PREFERRED CHOICE
AUTOMATION, LLC
1287 MARS EVANS CITY RD
FORWARD TOWNSHIP, PA 16033

STEVEN J. MCCULLOUGH
265 BILLY WATKINS ROAD
BENTON, KY 42025

J ECKERT ENTERPRISES LLC
3816 ARROW WOOD RD
CEDAR PARK, TX 78613

REIS & IRVY'S OF AUSTIN
C/O J ECKERT ENTERPRISES LLC
3816 ARROW WOOD RD
CEDAR PARK, TX 78613

IHS CAFE, INC
592 LEGACY PARK DRIVE
CASSELBERRY, FL. 32707

PATRICK & JESSICA FEND
IHS CAFE, INC
592 LEGACY PARK DRIVE
CASSELBERRY, FL. 32707

JEFFREY JAMES STIRLAND
1899 EAST CECELIA CIRCLE
SALT LAKE CITY UT 84121

RONALD WILD
1528 N DORSEY LANE
TEMPE AZ 85281

MYDACO LLC
633 WEST 5TH STREET
SUITE 5710
LOS ANGELES, CA 90071

JOSH BACON
4143 E ZION PLACE
CHANDLER, AZ 85249

ABHINAV SINHA
222 S MILL RD
WEST WINDSOR TOWNSHIP, NJ
08550

TTP HOLDINGS, LLC;
222 S MILL RD
WEST WINDSOR TOWNSHIP, NJ
08550

GINCY GEORGE
222 S MILL RD
WEST WINDSOR TOWNSHIP, NJ
08550

ZACHARY PETERSEN
1460 STRATTON PLACE
MOUNT PLEASANT, SC 29466

AYNIRETTE NEGRON
680 NIGHTINGALE DR.
INDIALANTIC, FL 32903

TELAR UNIVERSAL TRADE LLC
3029 BOATING BLVD
KISSIMMEE, FL 34746

ARASH G PASHA
TELAR UNIVERSAL TRADE LLC
3029 BOATING BLVD
KISSIMMEE, FL 34746

A&V VENDING, LLC
1301 W. LONG LAKE ROAD
SUITE 250
TROY, MI 48098

FROYO TREATS INC.
7607 LANCELOT CT
LOUISVILLE, KY 40222

DOLCE CAPRICCIO LLC
NADIA CURDI
21480 SW 90TH. CT
CUTLER BAY, FL 33189

ASISH GANDHI
C/O FROZEN DUDE LLC
3625 SOLAR VISTA PLACE
CINCINNATI, OH 45213

ASHISH GANDHI
RAMAKRISHNA GANDHI
c/o FROZEN DUDE LLC
3625 SOLAR VISTA PLACE
CINCINNATI, OH 45213

GREGG AND DEBORAH MABEY
120 N. HOOSAC RD.
WILLIAMSTOWN, MA 01267

NOLAN CARROLL
7163 AUGUSTA DR
FLEMING ISLAND, FL 32003

MOSSMANXL HOLDINGS, LLC
NOLAN CARROLL
7163 AUGUSTA DR
FLEMING ISLAND, FL 32003

JOHN & LINDEL HOFF
2730 BONNELL AVE SE
GRAND RAPIDS, MI 49506

ARTHUR BUDMAN
3308 CALLE DEL SUR
CARLSBAD, CA 92009

CASEY LEBARON
4772 CLEARY CIRCLE
ELK GROVE, CA 95757

JAKE AND JENNIFER MCKINNEY
11033 PERWINKLE LN
LOUISVILLE, KY 40291

DRAW 27 HOLDINGS LLC
50 MONACO DRIVE
ROSELLE, IL 60172

MATTIX FROYO LLC
1919 HUMBLE WESTFIELD RD #32
HOUSTON, TX 77073

CHRISTINA MATTIX
RODNEY MATTIX
MATTIX FROYO LLC
1919 HUMBLE WESTFIELD RD #32
HOUSTON, TX 77073

YAJUR VENTURES LLC
1712 MARGIE DR
MCLEAN, VA 22101

SRI SRINIVASAN
YAJUR VENTURES LLC
1712 MARGIE DR
MCLEAN, VA 22101

ROBO FROYO SMILE LLC
81 DECORAH DRIVE
SAINT LOUIS, MO 63146

BRYANT THORPE
9430 SWIFT CREEK CIRCLE
DOVER, FL 33527

RICHARD A TORBERT JR
705 ZION CHURCH ROAD
RED LION, PA 17356

KIRAN THOTA
7112 SAINT PHILS ST
FRISCO, TX 75035

KLIQUE FRYO INVESTEMENTS LLC
KIRAN THOTA
7112 SAINT PHILS ST
FRISCO, TX 75035

JM CAPITAL DBA NJFROYO
122 HIGH ST
PASSAIC, NJ 07055

JILL MIRLIS
JM CAPITAL DBA NJFROYO
122 HIGH ST
PASSAIC, NJ 07055

NITIN KONDURU
7737 LOIS LOWRY LN
MADISON, WI 53719

FROYO NSRV, LLC
NITIN KONDURU
7737 LOIS LOWRY LN
MADISON, WI 53719

NATURAL STATE ROBOTICS
C/O JOHN TIMOTHY HOWELL, SR.
3 COLONY COVE
WHITE HALL, AR 71602

HOWELL AND MCLEAN
INVESTMENTS
2915 COLONIAL DRIVE
NACOGDOCHES, TX 75965

BJ FROYO, LLC
CHARLES L BOYD
791 FM 217
VALLEY MILLS, TX 76689

JEFFREY PITTEL
6300 TOWER CIRCLE
APT 249
FRANKLIN, TN 37067

JLP INC
JEFFREY PITTEL
6300 TOWER CIRCLE
APT 249
FRANKLIN, TN 37067

COOPER & FREEZMAN LLC
C/O HAL FRIEDMAN
1448 GARDINER LANE STE 301
LOUISVILLE, KY 40213

INTERNATIONAL CAPITAL WORLD LLC
FRANCISCO TEJEDA
6409 S OURAY WAY
AURORA, CO 80016-5006

KENNETH ANDERSON
FROYO BOTS, LLC
1619 SLOOP DR
ANNAPOLIS, MD 21409

JOSH BACON
4143 E ZION PLACE
CHANDLER, AZ 85249

ROBINSON FRO YO, LLC
10801 N. 24TH AVE. SUITE #109
21921 N. 120TH AVE
PHOENIX, AZ 85029

FROYOROBOT PITTSBURGH LLC
53 HOODRIDGE DRIVE
PITTSBURGH, PA 15228

CHARLES LAUGHLIN
C/O CJ YO LLC
231 SW MANZANITA ST.
MCMINNVILLE, OR 97128

ALEC PLAISTED
15781 ANDRIE ST NW
ANOKA, MN 55303

FROYO OF NASHVILLE, LLC
AND PAUL PYBAS
229 HOY FARMS DR
MADISON, TN 39110

INNOVATE PLUS, INC.
BRIAN A. VULPITTA
457 CRESTWOOD DRIVE
AVON LAKE, OH 44012

SACHIN KHATRI
4-20 GEORGE STREET
FAIR LAWN, NJ 07410

NAWWAL INC MICHAEL A. LEWIS
244 S 13TH ST
COTTAGE GROVE, OR 97424

MICHAEL RUSH
122 CHESTNUT RIDGE DR.
JONESBOROUGH, TN 37659

BLAISES FROZEN TREATS, INC.
13535 SW 115TH AVE.
TIGARD, OR 97223

AYNIRETTE NEGRON DBA AS
YOGOBOT LLC
2109 PHONECIA COURT
ORLANDO, FL 32837

MAK BUSINESS SOLUTIONS LLC
51 BLUEBIRD DR
SYOSSET, NY 11791-4904

SHAUNITA SEMINORO
C/O SEMISTYLE INC.
DBA FROSTY YOTOGO
290 HIDDEN CREEK LN
WARRENTON, SC 20186

JEFFREY JAMES STIRLAND
1899 EAST CECELIA CIRCLE
SLC, UT 84121

CK GREEN PARTNERS, LLC
ATTN: KENNETH GREEN
5898 CHANDLER COURT, SUITE B
WESTERVILLE, OH 43082

GENEXT LOAN, LLC
ATTN: CHESSLER HOLDINGS LLC
1991 MAIN STREET, STE. 208
SARASOTA, FL 34236

KENNETH D. CASCARELLA
3157 SEWARD DR.
EADS, TN 38028

PRESTO YOGURT VENDING LLC
ATTN: FRANK HOLTZ, MEMBER
16957 EIGHTEEN MILE ROAD
CLINTON TOWNSHIP, MI 48038

CARLYON & CICA, PLLC
ATTN: DAWN CICA, ESQ.
265 EAST WARM SPRINGS RD.
LAS VEGAS, NV 89119

MCINTYRE THANASIDES
ATTN: RICHARD J. MCINTYRE, ESQ.
500 E. KENNEDY BLVD., #200
TAMPA, FL 33602

MINOR DOUGLAS, PLLC
ATTN: THOMAS D. MINOR, ESQ.
124 MARKET ST.
SOMERVILLE, TN 38068

SMART SNACKS LLC
SACHIN KHATRI
4-20 GEORGE STREET
FAIR LAWN, NJ 07410

KRISHNA RALLABHANDI
MAK BUSINESS SOLUTIONS LLC
51 BLUEBIRD DR
SYOSSET, NY 11791-4904

OLSON FROZEN TREATS, LLC
9180 S SADDLE HORN DR
IDAHO FALLS, ID 83404

SANJAY RAJ
5211 SALERNO DRIVE
DUBLIN, CA 94568

RSE. LLC
1148 CALICO RIDGE DRIVE
HENDERSON, NV 89011

FROYO 365
1233 REGATTA ST.
UNIT 208
FAYETTEVILLE, NC 28301

AHMED ELSEDAWY
160 CHASTAIN MANOR DRIVE
NORCROSS, GA 30071

FREDERIC LELEU
53 HOODRIDGE DRIVE
MOUNT LEBANON, PA 15228

SDD SOUTHEAST, INC
4700 HOMEWOOD COURT,
STE. 220
RALEIGH, NC 27609

A&V VENDING, LLC
1301 W. LONG LAKE ROAD
SUITE 250
TROY, MI 48098

BULL CITY FROYO, LLC
PO BOX 52564
DURHAM, NC 27717

NORMA FREGOSO
4250 N VIA RAPOSA
TUCSON, AZ 85718

FLORENCIA ROBERTSON
1922 DUNDALK RD
MATTHEWS, NC 28270

ROBINSON FRO YO, LLC
21921 N. 120TH AVE
PHOENIX, AZ 85029

DAVID DOLYMPIO
5810 INVESTMENTS LLC
196 MONCRIEF RD.
ROCKLAND, MA 02370

ROBO YOGURT, LLC
7268 RAVINES CIR
WEST BLOOMFIELD, MI 48322

KEVIN CORDOVA
1050 WATERS AVE UNIT 2
ASPEN, CO 81611

JASON CLOCK
TSNC HOLDINGS LLC
1280 OAKWOOD AVE
OAKWOOD, OH 45419

WENDY A ROSE
230 MEADOWLARK WAY
LODI, CA 95240

PIYUSH SHETH
19554 CRYSTAL RIDGE LANE
PORTER RANCH, CA 91326

CHRISTOPHER HORSFORD
2 CORACI BLVD
SUITE 2
SHIRLEY, NY 11967

NICHOLAS ARBUTINA
143 GATHERING COURT
SUDLERSVILLE, MD 21668

YOGOBOT LLC
2109 PHONECIA COURT
ORLANDO, FL 32837

ARTHUR BUDMAN
3308 CALLE DEL SUR
CARLSBAD, CA 92009

DEMARRE CARROLL
713 SLEEPY HOLLOW DRIVE
BIRMINGHAM, ATLANTA 35214

IESHA CARROLL
1275 BARCLAY BLVD
BUFFALO GROVE, IL 60089

EDWARD CARROLL
713 SLEEPY HOLLOW DRIVE
BIRMINGHAM, ATLANTA 35214

AZ MODERN VENDING LLC.
3750 W TERESA DR
NEW RIVER, AZ 85087

STATE OF FLORIDA
DEPARTMENT OF REVENUE
FREDERICK F. RUDZIK, ESQ.
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668

JAY MERAL III
BIG EASY ROBOTICS
219 CAMPHILL COURT
ABITA SPRINGS, LA 70420

ZALS HOLDING, LLC
10 PRIMROSE ST, UNIT 338
PALMER LAKE, CO 80133

PAUL RAPP
101 SOUTH BROAD ST
CANFIELD, OH 44406

SCOTT BEAVERS
TASTY FRO-YO ENTERPRISES, INC.
4030 PITTMAN ROAD S.W.
UNION CITY, GA 30349

JOHN BINDLEY HOFF
2730 BONNERL AVE. SE
EAST GRAND RAPIDS, MI 49506

HUGO GARZA
2705 KENTON HILLS COURT
HOUSTON, TX 77089

FROBOTS LLC
PIYUSH SHETH
19554 CRYSTAL RIDGE LANE
PORTER RANCH, CA 91326

JERRY PYGEOL
ROBOFROYO LLC
684 HENNEPIN TERRACE
MCDOUNOUGH, GA 30253

ANDREW WHITE
FROBOTIC CORPORATION
DRAW 27 HOLDINGS LLC
50 MONACO DRIVE
ROSELLE, IL 60172

TREVOR MCILWAIN
5550 RENAISSANCE AVE #1
SAN DIEGO, CA 9212

NANCY RIKARD, PALMETTO
ROBOTIC VENDING, LLC
P.O. BOX 304 1802 EVELYN STREET
GILBERT, SC 29054

DAVID ORTIZ
ORZU CORP 48 MARC DR. SOUTH
BRUNSWICK, NJ 08810

CLAUDIO ORTIZ
ORZU CORP 48 MARC DR. SOUTH
BRUNSWICK, NJ 08810

MIKE ELSAYED
ON DEMAND FROYO, LLC 311 S 22ND
ST LINNTOWN, PA 17837

JASON CLOCK
TSNC HOLDINGS LLC 1280
OAKWOOD AVE OAKWOOD, OH
45419

DARRIN LEVY
DBL, LLC 7120 W. FAIRVIEW DRIVE
LITTLETON, CO 80128

MICHAEL M. MCINTYRE
COVE ENTERPRISES
1004 DANBY TRACE DRIVE
SPRING HILL, TN 37179

LAUREN
6530 FOLGER DRIVE
CHARLOTTE, NC 28270

BOB RUSNAK SR.
15620 TIMBERSIDE CT
COLORADO SPRINGS, CO 80921

BRIAN CASS
CASS FROZEN YOGURT LLC 5805
ORCHARD TRAIL DR.
PEARLAND, TX 77581

JEFF TOWNSEND
TOUCHDOWN LLC
2010 N FINSBURY WAY
STAR, ID 83669

JOSELYN COYLE
948 KING JOHN WAY
EL DORADO HILLS, CA 95762

BRENT MEEKS
REIS & IRVY?S MIDWEST, LLC 2116
MCDOWELL RD
VINCENNES, IN 47591

MARK FOSSUM
100 SHADOW HAWK DR.
DURHAM, NC 27713

CORINNE COSTELLO
1330 MARKET ST. #405
SAN DIEGO, CA 92101

EDWARD KALANKIEWICZ
3061 CURIE STREET
SAN DIEGO, CA 92122

DAVID SPALA
4855 ARIVA WAY, APT 201
SAN DIEGO, CA 92123

ABRAHAM OLIVA
3884 FLORENCE STREET
LAS VEGAS, NV 89120

GABRIEL AVILA
1035 4TH AVE APT 2
CHULA VISTA,  CA 91911

VICTOR ENRIQUEZ
3947 MARINE VIEW AVE A
SAN DIEGO, CA 9211

MUSTAFA ABDULWAHID
269 MILLAR AVE.
EL CAJON, CA 92020

NIKOLAS WRIGHT
9435 COMPASS POINT S. DR.
SAN DIEGO, CA 92126

MIKAYLA MARCUM
1820 FOURTH AVENUE APT 9
SAN DIEGO, CA 92101

MARSHALL SHEN
5534 CLARET ST
SANTEE, CA 92071

MAKELA KRAMER
4444 WEST POINT LOMA BLVD.
UNIT 93
SAN DIEGO, CA 92107

BRANDON ROBERT
S & A ROBERT LLC
8115 GRAY KINGBIRD DR
WINTER GARDEN, FL 34787

ANGELA HARKONEN
9552 CAPRICORN WAY
SAN DIEGO, CA 92126

PING WANG
24 MIDDLENECK RD
1E
ROSLYN, NY 11576

MICHAEL ELBRADER
C/O FRO YO ROBO INC
6448 STAR JASMINE COURT
LAS VEGAS, NV 89108

TRUMPCARD HOLDINGS, LLC
23807 ALISO CREEK RD., STE. 200
LAGUNA NIGUEL, CA 92677

MYDACO LLC
633 WEST 5TH STREET SUITE 5710
LOS ANGELES, CA 90071

THOMAS-HENDRICKSON, INC.
ATTN: BANKRUPTCY DEPT/MANAGING
AGENT
7810 VILLAGE DR.
KNOXVILLE, TN 37919

CARLYON CICA CHTD.
CANDACE C. CARLYON, ESQ.
265 E. WARM SPRINGS ROAD
SUITE 107
LAS VEGAS, NV 89119

GENEXT LOAN, LLC
ATTN: MANAGING MEMBER
1991 MAIN STREET, STE 208
SARASOTA, FL 34236

ANDREW VENELL
3923 N. ASHLAND AVE APT 2
CHICAGO, IL 60613

AYNIRETTE NEGRON
DBA AS YOGOBOT LLC
2109 PHONECIA COURT
ORLANDO, FL 32837

SOUTH CAROLINA DEPARTMENT
OF REVENUE
PO BOX 12265
COLUMBIA, SC 29211

CONSUMERS ENERGY COMPANY
ATTN: LEGAL DEPT
ONE ENERGY PLAZA
JACKSON, MI 49201

COOPER AND FREEZEMAN, LLC
C/O HAL D. FRIEDMAN
1448 GARDINER LANE, STE. 301
LOUISVILLE, KY 40213

CARLYON CICA CHTD.
CANDACE C. CARLYON, ESQ.
265 E. WARM SPRINGS ROAD
SUITE 107
LAS VEGAS, NV 89119

GENEXT LOAN, LLC
ATTN: MANAGING MEMBER
1991 MAIN STREET, STE 208
SARASOTA FL 34236

BELKNAP MOUNTAIN VENDING, INC.
P.O. BOX 7362
LACONIA, NH 03247

MARIA G CARR
MCDONALD HOPKINS LLC
600 SUPERIOR AVE STE 2100
CLEVELAND, OH 44114

GARMAN TURNER GORDON LLP
7251 AMIGO ST, STE 210
LAS VEGAS, NV 89119

HOLMES P HARDEN
PO BOX 1000
RALEIGH, NC 27602

CHRISTOPHER E HUCK
C/O DARREN M. DIGIACINTO
601 W. RIVERSIDE STE. 1900
SPOKANE, WA 99201

MICHAEL J KACZKA, ESQ.
MCDONALD HOPKINS LLC
600 SUPERIOR AVE STE. 2100
CLEVELAND, OH 44114

JOHN J KANE
KANE RUSSELL COLEMAN LOGAN PC
901 MAIN ST STE 5200
DALLAS, TX 75202

KANE RUSSELL COLEMAN LOGAN PC
901 MAIN STREET STE 5200
DALLAS, TX 75202

NEIL LOVETT
P.O. BOX 7362
LACONIA, NH 03247

ROBERT M OKANE
7422 MARKET ST.
SOUTHPORT, FL 32409

RYAN POLK
GENERAL NEXT FRANCHISE
BRANDS, INC
2620 FINANCIAL COURT, SUITE 100
SAN DIEGO, CA 92117

M. ANDREW SCHNEIDER
TREITLER & HAGER, LLP
3737 CAMINO DEL RIO SOUTH,
STE 109
SAN DIEGO, CA 92108

JOHN JOSEPH STYPULKOSKI
702 ROANOKE DR.
FORKED RIVER, NJ 08731

SUTTER SECURITIES, INC.
220 MONTGOMERY ST STE. 468
SAN FRANCISCO, CA 94104

MARC F WIEGAND
THE WIEGAND LAW FIRM PC
434 N. LOOP 1604 WEST SUITE 2201
SAN ANTONIO, TX 78232