| United States Bankruptcy Court<br>District of Nevada | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Generation Next Franchise Brands, Inc. | Case Number:<br>19-17921 | |

**1. Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Brad Hough

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

Name and address where notices should be sent:

Foley & Lardner, LLP; attn: Tom Scannell, Esq.
2021 McKinney Avenue, Suite 1600, Dallas, TX 75201

Telephone Number   214-999-4289

☒ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which Interest Holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest   dated:
☐ amends a previously filed Proof of Interest   dated:

**2.** Name and Address of any person or entity that is the record holder for the Equity Security Interest asserted in this Proof of Interest:   not applicable

Telephone Number

**3.** Date Equity Security Interest was acquired:

October 9, 2019

**4.** Total amount of member interest:
250,000 shares of common stock

**5.** Certificate number(s):   book entry

**6. Type of Equity interest:**
Please indicate the type of Equity Interest you hold:

Fully paid and non-assessable shares of common stock of Generation Next Franchise Brands, Inc.

**7.** Supporting Documents: *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. Shares were granted as consideration under confidential settlement documentation. The terms prohibit public disclosure. Documentation will be provided via in camera inspection upon request.

**8.** Signature: */s/ Brad Hough*

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

DATE  7/27/20

SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

Brad Hough

THIS SPACE FOR COURT USE ONLY

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*